**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Roderick Jerome Sellers, Appellant.

Appellate Case No. 2013-002020

---

Appeal From Florence County
Howard P. King, Circuit Court Judge

---

Unpublished Opinion No. 2015-UP-160
Submitted January 1, 2015 – Filed March 18, 2015

---

**APPEAL DISMISSED**

---

Appellate Defenders Laura Ruth Baer and Carmen
Vaughn Ganjehsani, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy
Attorney General John W. McIntosh, and Senior
Assistant Deputy Attorney General Salley W. Elliott, all
of Columbia; and Solicitor Edgar Lewis Clements, III, of
Florence, for Respondent.

---

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.